IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO.  13-CR-30031-MJR |
| vs. | ) | |
| | ) | |
| YULONDA Y. STEWART, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF FACTS

Defendant Yulonda Y. Stewart and the United States hereby agree and stipulate as follows:

1. On December 9, 2012 at approximately 8:20 p.m., the Defendant entered the Jack-in-the-Box restaurant located at 500 S. Illinois in Belleville, Illinois armed with a black Hi-Point 9 mm pistol.

2. The Defendant pointed the firearm at the four employees present and forced them to the back of the restaurant where the safe was located.

3. The Defendant ordered the store manager to open the safe and place all of the money in a paper bag while she ordered the other employees to lie on the floor.

4. As the manager removed the money from the safe, Belleville Police officers arrived and ordered the Defendant to drop the firearm. The Defendant was then taken into custody at gunpoint.

1

5. The firearm in the Defendant's possession was recovered by the officers and determined to be a Hi-Point, model C9, 9 mm Lugar caliber pistol, bearing serial number P1467828, which was loaded with seven rounds of live ammunition.

6. The Defendant was advised of her Miranda rights and agreed to speak with law enforcement officers in a recorded interview.

7. During the interview, the Defendant admitted that she entered Jack-in-the-Box with the firearm. She stated that she bought the gun for $60.00 in East St. Louis and admitted that she knew the gun was loaded.

8. The Hi-Point, model C9, 9 mm Lugar caliber pistol, bearing serial number P1467828, was manufactured in the state of Ohio and therefore traveled in interstate or foreign commerce to reach the state of Illinois.

9. Prior to December 9, 2012, the Defendant had been convicted of a crime that was punishable by a term of imprisonment of more than one year. Specifically, on August 2, 2007, the Defendant was convicted in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois of the offense of Aggravated Robbery in case number 07-CF-392.

10. Jack-in-the-Box is located in Belleville, Illinois, within the Southern District of Illinois, and was engaged in interstate commerce in that it was engaged in the retail sale of food. The business was forced to be closed for a period of time after the robbery, resulting in a loss of business income for Jack-in-the-Box. Therefore, the robbery of Jack-in-the-Box had a potential to affect, and did affect, interstate commerce in that the operating hours of the business were impacted and the assets of the business were depleted.

11. All of these events occurred within the Southern District of Illinois.

                                        STEPHEN R. WIGGINTON
                                        United States Attorney

_____       _____
YULONDA Y. STEWART                      ALI SUMMERS
Defendant                                               Assistant United States Attorney

_____
ETHAN SKAGGS
Attorney for Defendant

Date: \_\_6/26/14_____       Date: \_\_6.26.14_____

3